# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>EDUARDO ADAME-RUIZ (1),<br><br>                   Defendant. | Criminal Case No. 13CR1439-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Eduardo Adame-Ruiz is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: June 19, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT